NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

OTIS BLAXTON,                          )
                                       )
            Appellant,                 )
                                       )
v.                                     )          Case No. 2D18-1257
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____)

Opinion filed November 14, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Laura E. Ward,
Judge.

Otis Blaxton, pro se.

PER CURIAM.

            Affirmed.

SILBERMAN, VILLANTI, and CRENSHAW, JJ., Concur.